UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 11-581 |
| DESHAWN BOYD | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew S. Pak, Assistant U.S. Attorney, appearing), and defendant Deshawn Boyd (Lorraine Gauli-Ruffo, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7), and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time



to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ____ day of December, 2011,

ORDERED that this action be, and hereby is, continued until April 17, 2012; and it is further

ORDERED that the period from the date of this order through April 17, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that the calendar for this matter should be revised as follows:

Defense motions: _____

Opposition: _____

Motions hearing: _____

Trial: <u>April 17, 2012</u>

_____
HON. CLAIRE C. CECCHI
United States District Judge

Form and entry
consented to

_____
Andrew S. Pak
Assistant U.S. Attorney

_____
Lorraine Gauli-Ruffo, Esq.
Counsel for defendant Deshawn Boyd

-3-